AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| COZEN O'CONNOR,<br><br>*Plaintiff(s)*<br>v.<br>USAC AIRWAYS 691 LLC<br><br>*Defendant(s)* | Civil Action No. 19cv6765 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USAC AIRWAYS 691 LLC
101 Charles A. Lindbergh Drive, Suite 204,
Teterboro, New Jersey 07608-1009.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tamar S. Wise
277 Park Avenue
New York, New York 10172
Tel. (212) 883-4900
Fax: (646) 461-2054
Email:  twise@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   July 22, 2019                                                                  /S/  S.  James
                                                                                                  *Signature of Clerk or Deputy Clerk*



# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 19cv6765

**COZEN O'CONNOR,**

                        *Plaintiff,*

-against-

**USAC AIRWAYS 691 LLC,**

                        *Defendant.*

State Of New York, County of New York SS:
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the **6TH** day of **AUGUST 2019** at: **11:45AM**

At: **C/O PARAGON JETS, 101 CHARLES A. LINBERGH DR., 2ND FLOOR, TETERBORO, NJ 07608**

The deponent served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT & DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL RULES & PRACTICES IN CIVIL CASES RONNIE ABRAMS, UNITED STATES DISTRICT JUDGE, ORDER AND NOTICE OF INITIAL CONFERENCE**

Upon:    **USAC AIRWAYS 691 LLC**

### SERVICE ON A LIMITED LIABILITY COMPANY
A limited liability company, by delivering thereat a true copy to **PETER KOLINSKI (SUPERVISORY CLERK)**, a person of suitable age and discretion, who stated that he is *Authorized to Accept Service* on behalf of **USAC AIRWAYS 691 LLC**

**DESCRIPTION** – Deponent describes the individual served as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **38 yrs.** App. Ht. **5'8"** App. Wt. **160 lbs.**
Other identifying features:

Sworn to before me this **6TH**
day of **AGUST 2019**

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2020
Commission Expires June 14, 2016

**DOMINIK PRZYBYLO #206-9153**

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3201