UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/9/19

COZEN O'CONNOR,

                    Plaintiff,

              v.

USAC AIRWAYS 691 LLC,

                    Defendant.

No. 19-CV-6765 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The initial status conference scheduled for Wednesday, December 11, 2019 is hereby

adjourned to Thursday, December 12, 2019 at 2:15 p.m.

SO ORDERED.

Dated:    December 9, 2019
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge