

January 22, 2020

**VIA ECF**

**Tamar S. Wise**
Direct Phone 212-883-4924
Direct Fax 646-461-2054
twise@cozen.com

Honorable Sarah L. Cave, Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007

Re: Cozen O'Connor v. USAC Airways 691 LLC, Case No. 1:19-cv-06765 (RA)

Dear Judge Cave:

Pursuant to Your Honor's Individual Practices (I)(E), Plaintiff Cozen O'Connor respectfully submits this letter motion requesting an adjournment of the settlement conference scheduled for January 29, 2020 in the above-referenced action. This is the first request for an adjournment of the settlement conference. The parties are currently engaged in discussions and the exchange of documents and require more time before a settlement conference would be beneficial. All parties consent to the adjournment, and propose the following dates to re-schedule: March 2, 3, or 4, 2020.

Respectfully submitted,

COZEN O'CONNOR

By: s/ Tamar S. Wise

---

Plaintiff's Letter-Motion to adjourn the settlement conference (ECF No. 25) is GRANTED. The settlement conference scheduled for Wednesday, January 29, 2020 is adjourned <u>sine die</u>. The Court is not available on the alternate dates selected by the parties. Because the parties requested a settlement conference date in late January/early February (see ECF No. 23), the parties are ORDERED to file a joint letter by close of business tomorrow, **January 24, 2020**, stating their availability for a settlement conference on the following days, selecting all available times.

1. Thursday, February 13, at 2:00 pm
2. Tuesday, February 18, at 10:00 am
3. Wednesday, February 19, at 2:00 pm
4. Friday, March 6, at 10:00 am or 2:00 pm

The Clerk of Court is respectfully directed to close ECF No. 25.

SO-ORDERED 1/23/2020

SARAH L. CAVE
United States Magistrate Judge

277 Park Avenue New York, NY 10172
212.883.4900   888.864.3013   212.986.0604 Fax   cozen.com