

July 1, 2020

**Tamar S. Wise**

Direct Phone   212-883-4924
Direct Fax      646-461-2054
twise@cozen.com

**VIA ECF**

Honorable Sarah L. Cave, Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

**Re:     Cozen O'Connor v. USAC Airways 691 LLC, Case No. 1:19-cv-06765 (RA)**

Dear Judge Cave:

    We represent Plaintiff, Cozen O'Connor, in this action.  We write this letter to inform the Court that the parties have reached a resolution of this action in principle and are working on memorializing the resolution.  We therefore respectfully request an adjournment *sine dine* of the settlement conference, which is scheduled for July 8, 2020 at 2:00 pm, to allow the parties time to consummate the settlement.  Counsel for Defendant joins in this request.  The parties will inform the Court as soon as the settlement is effectuated, or if another conference needs to be scheduled.

.

                              Respectfully submitted,

                              COZEN O'CONNOR


                              By:     s/ Tamar S. Wise



cc: All parties of Record via ECF

The parties' request to adjourn their settlement conference (ECF No. 34) is GRANTED.  The settlement conference scheduled for July 8, 2020 is adjourned <u>sine die</u>.  In light of parties' notice of settlement, they are directed to file a stipulation of dismissal addressed to the Honorable Lewis J. Liman by **Monday, August 3, 2020**. The Clerk of Court is respectfully directed to close ECF No. 34.

SO-ORDERED 7/2/2020

SARAH L. CAVE
United States Magistrate Judge